503 A.2d 929

**Eleanor ROBINSON, Petitioner,**

v.

**GENERAL ACCIDENT INSURANCE COMPANY, Respondent.**

Supreme Court of Pennsylvania.

Jan. 21, 1986.

Petition for Allowance of Appeal GRANTED, No. 6 E.D. Appeal Docket 1986.